IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Jeremy Glenn Roberts
_____
Plaintiff's full name (Please print)

v.

Chris Bryant, individually and officially
_____
Defendant(s)' full name (Please print)
Devra Atwood, individually and officially
Clay Lintner, individually and officially
Rory Dunham, individually and officially
Turn Key Health Clinics, LLC, see attached

Case No. _____
(To be filled out by Clerk's Office only)

For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Each claim you raise must be properly exhausted. If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Jeremy Glenn Roberts
*Full name*                                                                 *Aliases*

000738
*Prisoner ID #*

Carter County Detention Center
*Place of Detention/Incarnation*

100 S. Washington St.
*Institutional Address*

Ardmore            O.K.            73401
*City*              *State*         *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first page. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: __Chris Bryant, individually and officially__
*Full Name*

__Sheriff of Carter County__
*Current Job Title*

__100 S. Washington St__
*Current Work Address*

__Ardmore__          __O.K.__          __73401__
*City*          *State*          *Zip Code*


Defendant 2: __Devera Atwood, individually and officially__
*Full Name*

__Jail Administrator__
*Current Job Title*

__100 S. Washington St.__
*Current Work Address*

__Ardmore__          __O.K.__          __73401__
*City*          *State*          *Zip Code*

Defendant 3: <u>Clay Lintner, individually and officially</u>
*Full Name*

<u>Jail Administrator</u>
*Current Job Title*

<u>100 S. Washington St.</u>
*Current Work Address*

<u>Ardmore</u>        <u>O.K.</u>        <u>73401</u>
*City*               *State*         *Zip Code*


Defendant 4: <u>Rory Dunham, individually and officially</u>
*Full Name*

<u>Orthopedic Surgeon</u>
*Current Job Title*

<u>Mercy Plaza 731 12th Ave. N.W. Suite 203</u>
*Current Work Address*

<u>Ardmore</u>       <u>Oklahoma</u>     <u>73401</u>
*City*              *State*           *Zip Code*


Defendant 5: <u>Turn Key Health Clinics, LLC</u>
*Full Name*

<u>Jail Health Provider</u>
*Current Job Title*

<u>100 S. Washington St.</u>
*Current Work Address*

<u>Ardmore</u>       <u>O.K.</u>        <u>73401</u>
*City*              *State*          *Zip Code*

Rev. 07/2019

4

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 4/18 – 12/12

Place(s) of occurrence: Carter County Detention Center

State which of your federal constitutional or federal statutory rights have been violated:

8th & 14th amendments

Briefly state the FACTS that support your case. Provide a short and plain statement of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.

FACTS: My arm got broken. I'm being denied proper medical treatment, medicines, and surgeries. I've been in alot of pain since the incident. I've sent letters and grievances to Chris Bryant, Devra Atwood, Clay Lintner, Nurse Emily, and Turn Key Health Clinics, LLC. See exhibit A

### B. Claim 2

Date(s) of occurrence: 4/18 – 12/12

Place(s) of occurrence: Carter County Detention Center

State which of your federal constitutional or federal statutory rights have been violated:

8th & 14th amendments

FACTS: The jail is making me pay for all of my medical. They made me sign an agreement at the hospital to pay for my own surgery or not get treatment. They made me sign for a $38,000 medical bill. They are charging my jail account for medicine and appointments and aftercare.

### C. Claim 3

Date(s) of occurrence: 4/20 - 4/28

Place(s) of occurrence: Mercy Hospital, Ardmore, O.K.

*State which of your federal constitutional or federal statutory rights have been violated:*

8th & 14th Amendments

**FACTS:** Dr. Roy Dunham was supposed to perform a hardware removal. When I came out of surgery my arm was still offset, instead of removing a plate he added another plate. The doctor didn't tell me what he did or that there was complications. My P.O.A. Diane Walters found out 2 months later.

### D. Claim 4

Date(s) of occurrence: 4/18 - 11/1

Place(s) of occurrence: Carter County Detention Center

*State which of your federal constitutional or federal statutory rights have been violated:*

1st, 8th, and 14th Amendments

**FACTS:** I was kept on 23 hour lockdown because of my injury for 7 months. I requested to be able to attend church services and was denied by Clay Lintner. I was also denied all religious materials. Bibles and other Holy Books are considered Contraband still.

## VI.   RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

I request immediate medical attention, the surgeries I need and the proper meds. I request compensatory damages in the form of all current and future medical expenses and labor and court fees. I request punitive damages from each defendant in the amount of $1,000,000 each. I request all inmates be allowed to attend church and all Holy Books not be considered contraband and be allowed.

## VII.   PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

_____
_____
_____
_____
_____
_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_____     12/15/23
Plaintiff's Signature                Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 15 day of December, 2023.

_____     12/15/23
Plaintiff's Signature                Date

Defendants
Chris Bryant, individually and officially
Devra Atwood, individually and officially
Clay Lintner, individually and officially
Roy Dunham, individually and officially
Turn Key Health Clinics, LLC
Nurse Emily EBLPN, individually and officially
Jenny Saunders, individually and officially
Jail Administrator
100 S. Washington St
Ardmore, O.K. 73401

CLAIM #5    8th & 14th Amendments

In February 2023 I was placed in C-Block in the Carter County Detention Center. C-Block is composed of pre-trial detainees and convicted inmates awaiting transport to D.O.C. In April I got jumped by 3 convicts waiting to go to D.O.C. I sustained a broken Ulna that required a $38,000 surgery and a broken elbow. I am needing an elbow replacement for that. It is the Sheriffs policy to house pre-trial detainees and convicts together. Jenny Saunders was the Jail Admin at the time of this incident. I also suffered 2 black eyes, a fractured eye socket, busted lip, and permanent pain in my neck. I have struggled with severe anxiety, paranoia, and P.T.S.D since this incident.

12-15-23

Jeremy Roberts
Jeremy Roberts

Carter County Detention Center
100 S. Washington St.
Ardmore, O.K.
73401

Exhibit A

My Name Is Jeremy Glenn Roberts I am an Inmate at the Carter County Detention Center I've Been In Custody Here Since January 17th 2023 During that time I was jumped by 3 Inmates + beaten severly + sustained a broken arm + elbow I needed several surgeries I've recieved one botched surgery on my ulna In which Carter County made me sign for the bill to recieve medical treatment that they where responsible for I was Billed 38,000$ for a Hard were Removal In which the Surgeon did not do correctly + now my Arm is malformed I also need a full Elbow Replacement that they Havn't gotten me to the proper specialist to recieve proper medical treatment It's been 8 months since I sustained these injuries during this time I've been refused my proper medications prescribed by the Doctors + specialists I was verbaly assulted by medical staff I was physicaly assulted by the Jail Administrator Clay Litner + shoved down while still Healing from my arm surgery causing more pain + suffering I've been held in a Medical 23B/1 lockdown for 7 months while

recieving Inadequate medical treatment I've been referred to 2 specialists for an elbow replacement In which one they refused to take care of medical billing obligations + still havn't seen the other. A Nurse said, I would sometime this year + that she thinks they are trying to wait me out so DOC has to pay for my medical. My injuries have caused me tremendous pain + suffering physicly + mentally

Dec 12. 2023

Jeremy Roberts
Jeremy Roberts

Carter County Detention Center
100 S. Washington
Ardmore OK
73401

Exhibit B        Grievance Dates

| Date | Entry |
|---|---|
| 4/18 | Lots of pain, meds aren't working |
| 4/20 | medical grievance   Clay Lintner |
| 4/28 | saw ortho |
| 4/29 | Nurse Kelly |
| 5/05 | meds family picked up / call provider for approval |
| 5/08 | elbow hurts   KDLPN |
| 5/11 | power of attorney request medical records — they said to contact Turn Keys main office at 405-516-0276 |
| 5/12 | Clay Lintner unsubstantiated request for meds claiming it is Turn Keys policy |
| 5/13 | request to speak to Sheriff about medical policy and needs |
| 6/01 | post op appointment cancelled. still in pain KDLPN |
| 6/17 | no church in medical pod   Clay Lintner |
| 7/01 | medical bill for followup — Nurse said facility charges you |
| 7/13 | not going to medical consultation Clay Lintner wants to know who told Jeremy he wasn't going? |
| 7/25 | requesting info about medical appointment   Devra Atwood |
| 9/17 | nurse says its up to JA Atwood whether I get surgery |
| 9/18 | Devra said she will talk to medical |
| 10/28 | pain |
| 11/06 | indomethacine dosage 25mg should be 50mg   AHLPN |
| 11/21 | pain |